May Term,
1856.

ROBERTS
v.
MUIR.

---

ROBERTS and Another *v.* MUIR.

It is a sufficient ground for a new trial that judgment was rendered for a greater sum than was claimed in the complaint.

Saturday,
June 7.

APPEAL from the *Ripley* Court of Common Pleas.

PERKINS, J.—*Muir* sued *Roberts* and *Roberts* upon a complaint as follows:

"*James Muir* complains of *William Roberts* and *Jacob Roberts*, and says, that the defendants, by their note, on the 16th day of *August*, 1840, promised to pay the plaintiff forty-two dollars and fifty-four cents, with interest at the rate of ten per cent. per annum, if not punctually paid when due; a copy of which note is herewith filed, which remains unpaid. And plaintiff demands judgment for fifty-six dollars."

The defendants answered, setting up payment and usury. Reply. Trial, and judgment for the plaintiff for a fraction

over 78 dollars. The defendant excepted to the entry of <span class="margin">May Term, 1856.</span> judgment for more than the sum claimed in the complaint. The exception was well taken and should have been sustained. 2 R. S., p. 38.—*O'Neal* v. *Wade*, 3 Ind. R. 410.

Excessiveness of damages is ground that will sustain a motion for a new trial. 2 *Swan's* Pr. 925.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, with leave to the plaintiff to amend his complaint.

*I. W. Robinson*, for the appellants.

*D. Kelso* and *J. W. Gordon*, for the appellee.